D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
1st BRIDGE LLC,

               Plaintiff,

    -against-

682 JAMAICA AVENUE, LLC, DOMINGO
MADRID and MERCEDES VARGAS,

               Defendants.

-----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

**ORDER**

**08-CV-3401 (NGG) (MDG)**

       Plaintiff 1st Bridge LLC ("1st Bridge") brings a foreclosure action against Defendants 682

Jamaica Avenue, LLC, Domingo Madrid, and Mercedes Vargas. (Complaint (Docket Entry #

1).) On February 6, 2009, the court entered a default judgment against Defendants and referred

the matter to Magistrate Judge Marilyn D. Go for a damages inquest. (Docket Entry # 27.) On

July 13, 2010, Judge Go recommended that the case caption reflect Mercedes Vargas's status as a

defendant; that the court enter judgment in favor of 1st Bridge against Defendants 682 Jamaica

Avenue, LLC and Domingo Madrid for $684,470.00, plus interest at the standard rate from entry

of default judgment on February 6, 2009; $33,000.00 in late fees; $1,500.00 in property inspection

fees; $1,350 in costs; and $3,900 in attorneys' fees; less $10,000.00 for escrow credit. ("R&R"

(Docket Entry # 35).) Judge Go further recommended that the court order the sale of 682 Jamaica

Avenue, Brooklyn, New York, the real property in dispute, and foreclose Defendants from their

rights to the property. (Id.)

       No party has objected to Judge Go's R&R, and the time to do so has passed. See Fed. R.

Civ. P. 72(b)(2). Having reviewed Judge Go's thoroughly reasoned R&R, the court adopts her

recommendations but modifies them only as to the final calculation of the damages owed to 1st

1

Bridge. See, e.g., Brown v. Ebert, No. 05-CV-5579 (DLC), 2006 U.S. Dist. LEXIS 94265, at *6 (S.D.N.Y. Dec. 29, 2006) (where no party objects to a magistrate judge's report and recommendation, review is for "clear error").

Accordingly, the court enters judgment in favor of Plaintiff as follows: (1) The court enters judgment against Defendant Mercedes Vargas, but only to the extent of declaring her lease null and void and terminating her interest in the real property in dispute, 682 Jamaica Avenue, Brooklyn, New York; (2) The court enters judgment against Defendants 682 Jamaica Avenue, LLC and Domingo Madrid for $550,000.00 in principal on the mortgage; $129,220.00 in interest; $33,000.00 in late fees; $1,500.00 for property inspection fees; $3,900.00 in attorneys' fees; $1,350.00 in costs; less $10,000.00 for escrow held by Plaintiff; for a total amount of $708,970.00; (3) The court awards Plaintiff post-judgment interest on the amount of $669,220.00, running from February 7, 2010, pursuant to 28 U.S.C. § 1961; (4) The court bars and forecloses Defendants from all right, title, claim, interest, lien, and equity in 682 Jamaica Avenue, Brooklyn, New York; (5) The court orders the foreclosure and sale of 682 Jamaica Avenue, Brooklyn, New York consistent with the procedures outlined in Judge Go's R&R.

SO ORDERED.                                     s/Nicholas G. Garaufis

Dated:   Brooklyn, New York                     NICHOLAS G. GARAUFIS
         November 3, 2010                       United States District Judge